IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

FILED

NOV 1 4 2023

Clerk, U S District Court
District Of Montana
Missoula

_____Missoula_____ DIVISION

Ronald P. Melvin

Plaintiff,

-against-

Confederated Salish And
Kootenai Tribes
Louis Fiddler, Officer
Ben Asencio, Officer

Defendants.

Case No. CV-23-137-M-DLC-KLD

COMPLAINT
Per Se

Jury Trial Demanded    Yes ☐ No

Providing Narrative
And Supplemental
Narative For A
Felony D.U.I citation

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Plaintiff's Last Name ___Melvin___

# INSTRUCTIONS

1.   Use this form to file a civil complaint with the United States District Court for the District of Montana.  Include only counts/causes of action and facts – not legal arguments or citations.  You may attach additional pages where necessary.  Your complaint must be typed or legibly handwritten in ink and on white paper.  Write on only one side of the paper.  Do not use highlighters and do not staple or otherwise bind your papers.  All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size).  You must sign the complaint (see page 8).  Your signature need not be notarized but it must be an original and not a copy.  The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available).  Please keep a copy of the documents you send to the Court.

2.   The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00.  This amount is set by Congress and cannot be changed by the Court.  If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3.   If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis.  If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six-month period, whichever is greater.  Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00.  The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status.  You will be required to continue making these payments even if you complaint is dismissed.

4.   Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer.  *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c).  The Court will dismiss your complaint before it is served on the defendants if:  (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages.  After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take.  The review process may take a few months; each case receives the judge's individual attention.

Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5.   Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. § 1915(g).

6.   Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7.   The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division:    *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, 2601 2nd Avenue North, Suite 1200, Billings, MT 59101**

Butte Division:    *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

Great Falls Division:    *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)**
**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division:    *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)**
**U.S. District Court Clerk, 901 Front St., Ste 2100, Helena, MT 59626**

Missoula Division:    *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, P.O. Box 8537, Missoula, MT 59807**

*(Revised June 2018)*

Plaintiff's Last Name    Molina

## I.     Parties to this Complaint

### A.     Plaintiff

Name: _Ronald P. Melvin_

All other names by which you have been known:

_____

ID Number: _N/A_

Current Institution: _Released July 18, 2023_

Address: _WATZH DETENTION_

_____

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* _Released July 18, 2023_

### B.     Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1:

Name: _Louis Fiddler_

Job or Title: _Tribal Officer_

Employer: _FLATHEAD INDIAN Nation_

Address: _P.O. Box 278_

_Pablo, MT 59855_

- ☐ Individual capacity     ☒ Official capacity

Defendant No. 2:

    Name:            BEN ASENCIO

    Job or Title:     Tribal Officer

    Employer:       Flathead Indian Nation

    Address:        P.O. Box 278

                     Pablo, MT 59855

    ☐ Individual capacity       ☒ Official capacity

Defendant No. 3:

    Name: _____

    Job or Title: _____

    Employer: _____

    Address: _____

    ☐ Individual capacity       ☐ Official capacity

Defendant No. 4:

    Name: _____

    Job or Title: _____

    Employer: _____

    Address: _____

    ☐ Individual capacity       ☐ Official capacity

*(NOTE:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A:  PARTIES").*

II.    **Basis for Jurisdiction**

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

    ☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

    ☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

III.    **Statement of Claim(s)**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.    Count I:

1.    What federal constitutional or statutory right(s) do you claim is/are being violated by defendants?  Filing A False Report As A Tribal Officer

2.    What date and approximate time did the events giving rise to your claim(s) occur?  Both Officers Stated that on the evening of August 27, 2022 AT Approximately 1959 hrs I was observed driving.

3.    Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe what happened without citing legal arguments, cases, or statutes).

On August 27, 2022 AT Approximately 11:00 AM, I was taken to the Lake County Jail for outstanding warrants.

4.    Defendants Involved:  (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

Louis Fiddler for writing narrative to the incident. Driving and Drinking Ben Asencio for writing a Supplemental Narrative to the purported incident. Reports Attached

*(**NOTE:** For each additional claim, use a blank sheet labeled "APPENDIX B.  STATEMENT OF CLAIMS."  You must address paragraphs III(A)(1-4) for each count., following the directions under paragraph III.*

IV.    **Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  (Do not cite legal arguments, cases, or statutes).   Attach additional pages if needed.

*(**NOTE**:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C:  INJURY").*

V.    **Relief**
State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. Monetary Damages - 325 days Incarcerated AT $2600.00 A Day equals $545,000.00 Punitive Damages (X 3) equals $2,535.000.00 Punitive Damages for filing false Reports. Incident Report # ZZ001874

*(**NOTE**:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").*

VI.    **Exhaustion of Administrative Remedies Administrative Procedures**
The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."
Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
          □    Yes          □    No
If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have

a grievance procedure?

☐     Yes      ☐     No      ☒     Do not know

C.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

       ☐     Yes         ☐     No     N/A

D.     If you did file a grievance answer the following questions:   N/A
1.     Where did you file the grievance?


2.     What did you claim in your grievance?


3.     What was the result, if any?


4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*


E.     If you did not file a grievance, answer the following questions:   N/A
1.     If there are any reasons why you did not file a grievance, state them here:


2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:


F.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.


*(**NOTE:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

Plaintiff's Last Name _____ Melvin _____

VII.    **Plaintiff's Declaration**

A.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

B.    I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

C.    I understand the Federal Rules of Civil Procedure <u>prohibit</u> litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

  •    social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g., xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);

  •    birth dates must include the year of birth only (e.g., xx/xx/2001); and

  •    names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court. <u>I understand I am responsible for protecting the privacy of this information.</u>

D.    I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Ronald P. Melvin
4201 South Ave W.

Executed at ___Missoula, MT 59804___ on ___11-10___, 20_23_.
                       (Location)                               (Date)

Signature of Plaintiff: ___RO P. M.___
Printed Name of Plaintiff: ___Ronald P. Melvin___

_____

_____

City                                State            Zip Code

Plaintiff's Last Name    Melvin

12/14/2022 13:29   From:4068831497        Cotter Law Office, P Webf Page:9/22

# Incident Report #22001874



**FLATHEAD INDIAN NATION**
PO BOX 278
PABLO, MT 59855
406-675-4700 POLICE
406-883-2888 FISH & GAME

## Event Info

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 08/27/2022 | 19:58 | 19:58 | 19:58 | 21:10 |

| Addr. of Occ. | State | County | City | Zipcode | District |
|---|---|---|---|---|---|
| HWY 93 // MM 36 | MT | LAKE | ST IGNATIUS | 59865 | FLATHEAD INDIAN RESERVATION |

| Grid | How Reported | Dispatch Disposition |
|---|---|---|
| C - CONFEDERATED SALISH AND KOOTENAI | OFFICER OBSERVATION | RPT |

### Dispatch Notes

CALL TYPE: TRAFFIC STOP
IO-18 T/S HWY 93 // MM 36 8/27/2022 7:59:00 PM
LICENSE: 157143J EXPIRES: 20230531 REGISTRATION STATUS: ACTIVE License State: MT License Year: 2023
License Type: PC/Std County Lg Registration County: Lake Tab: A06100766 Registration Period: 20220501 to
20230430 COLOR: GRAY YEAR: 2003 MAKE: CHEVROLET (CHEV) MODEL: TAHOE K1500 Style: Utility Vehicle Type:
Rugged Terrain VIN: 1GNEK13ZX3R125921 Title State: MT Title: AA6029803 Title Status: Approved NAME:
MELVIN,RONALD PHILLIP Date of Birth: 19541203 Sex: M Driver License: AAA0000430355 State: MT Street
Address: 308 20th Ave W City: Polson State: MT Zip: 59860-4035 Mailing Address: Same Telephone: (406) 239-
3051 INSURANCE: CONFIRMED INSURANCE COMPANY: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
POLICY: 2630416396 8/27/2022 7:59:45 PM
NAM/MELVIN,RONALD,PHILLIP LEGAL NAME SEX/M DOB/19541203 HGT/508 WGT/165 EYE/BRO 308 20TH AVE W
POLSON MT 59860 308 20TH AVE W POLSON MT 59860 PHOTO DT/20220215 DRIVING PRIVILEGE: LICENSED
COMMERCIAL PRIVILEGE: NO LICENSE OLN/AAA0000430355 OLT/DRIVER LICENSE OLS/MT ENDORSE/NONE
STATUS/LICENSED EXP/20291203 REAL ID/NOT COMPLIANT ISS DT/20220215 1ST LIC YR/2013 LIFETIME TOTAL
BAC/DUI CONVICTIONS: 3 LIFETIME CONVICTION DATES: 20120501 20070712 19970701 HTO POINTS: 3
8/27/2022 8:01:01 PM
IO-18 REQUESTING MHP TROOPER FOR A 10-61 INVESTIGATION 8/27/2022 8:01:40 PM
ADVISED MHP DISPATCH IO-20 10-97 8/27/2022 8:02:48 PM
START DEP @ 19:59 HRS END DEP @ 20:19 HRS 8/27/2022 8:03:28 PM
IO-18 ADVISED MHP 247 IS 10-97 8/27/2022 8:22:57 PM
IO-18 ADVISED 247 HAS MALE IN CUSTODY. IO-20 CLEARED. 8/27/2022 8:34:58 PM
ADVISED COULTERS WHO ADVISED ETS 30 MIN 8/27/2022 8:40:01 PM
IO-18 ADVISED COULTERS IS 10-97 8/27/2022 8:59:30 PM
IO-18 10-8 CLEAR CLOSE WITH REPORT 8/27/2022 9:11:04 PM

## Classification

## Driver

| Name Type | Name | Address | City | State | Sex |
|---|---|---|---|---|---|
| DRIVER | MELVIN, RONALD PHILLIP | 308 20TH AVE W | POLSON | MT | M |

| Residential Phone |
|---|
| (406) 239-3051 |

## Vehicle

| Date Reported | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| 08/27/2022 | 2003 | CHEV | TAHOE | UTILITY VEHICLE | GRY |

1/3

12/14/2022 13:29    From:4068831497        Cotter Law Office, P Webf Page:10/22

Vehicle Owner
MELVIN; RONALD PHILLIP (DRIVER)

## Narrative

| Written By | Date Written |
|---|---|
| FIDDLER, LOUIS | 08/30/2022 |

On the evening of August 27, 2022 at approximately 1957hrs. I was patrolling south bound on highway 93 near mile post 34. I observed a vehicle heading north bound that appeared to be traveling at a high rate of speed. This area has a posted speed limit of 70 miles per hour during daytime traveling. As the vehicle neared me I activated my radar unit to confirm my initial observations, the vehicle in question was traveling 89 miles per hour. I let the vehicle pass my location and turned to pursue. I activated my emergency lights and attempted to stop the speeding vehicle. It took me some time to catch up to the speeding vehicle and at one point I activated my emergency siren in an attempt to get the drivers attention.

While following the speeding vehicle I observed it crossing the center line on two different occasions. As we neared mile post 36 the vehicle finally slowed and came to a rest. I notified Tribal Dispatch of my location and the vehicle plate, 15-7143J. Corporal Ben Asencio was also in the area and pulled in behind me to assist.

As soon as I had called out the stop I observed a male exiting the drivers seat and walk back towards my vehicle. I told him to get back into his vehicle, he did not comply. The male seemed to be having some trouble with his balance as he was making his way to the rear of his vehicle. The male later identified as Ronald Melvin stated that he was, "messing with the radio". I asked the male to step to the front of my patrol vehicle so he didn't get hit by oncoming traffic as he was standing well over the fog line of the north bound lane. I asked the male his name I had to have him repeat it to me as he was difficult to understand. His speech was thick tounged and slurred. I asked Melvin where he was from and if he was an enrolled tribal member. He stated that he was from Polson and that he was not an enrolled member. While speaking with Melvin I could smell a strong odor of an alcoholic beverage coming from him. I contacted dispatch and requested a Montana Highway Patrolman to respond to my location. I asked Melvin how much he had to drink, he stated a beer and that it was inside his vehicle.

While I was speaking with Tribal Dispatch Corporal Asencio began to attempt some field sobriety maneuvers on Melvin. I was advised that Montana Highway Patrolman A. Ivanof was responding to my location from the Ronan area. Once the Highway Patrol Officer arrived on scene the investigation was turned over to him. Melvin was placed under arrest and transported from the scene. I stayed and awaited Coulter's Towing to secure Melvin's vehicle. Once the tow had the vehicle I cleared from the scene.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| ASENCIO, BEN | 08/29/2022 |

About 1959 hours on 7-27-22, I was traveling south bound on Hwy 93. I saw the flashing lights of a patrol car, traveling north bound(coming my way). Captain Louis Fiddler pulled a vehicle over, about MM-36. I pulled into the traffic stop. The male driver had immediately exited his vehicle(only occupant). Fiddler asking the male, how much he had to drink. The male advised, one drink.

The male was identified as Ron Melvin. I advised Melvin, I would be asking him to do some tests. Ron was unsteady on his feet, had slurred speech and smelled of an alcoholic beverage. I first asked Melvin to recite the alphabet. He attempted several times and did not say them correctly. I then attempted the HGN. I instructed Melvin to follow the tip of my pen. As I moved the pen back and forth, he would not follow. I did not continue with this test. Next, I explained the One Leg Stand. He did raise his leg at times, while I explained. Melvin did not want to continue with this test.

A 20 minute depravation was started. I brought Melvin back to my patrol car. MHP Trooper Andy Ianoff later, took over the investigation.

## Case Management

| Initial Investigator | Current Investigator | Report Status | | Assigned By | Date Assigned |
|---|---|---|---|---|---|
| FIDDLER, LOUIS | FIDDLER, LOUIS | Assigned | | FIDDLER, LOUIS | 08/27/2022 21:14 |

| COURT | NOTICE TO APPEAR AND COMPLAINT | MONTANA HIGHWAY PATROL | CITATION NUMBER 510 B137039 E |
|---|---|---|---|

**STATE OF MONTANA vs.**

**DEFENDANT**
NAME (FIRST MIDDLE LAST)
**RONALD PHILLIP MELVIN**
STREET ☐ ADDRESS DIFFERENT THAN REGISTRATION
308 20TH AVE W

| CITY POLSON | STATE MT | ZIP CODE 59860 |
|---|---|---|

| SEX M | WEIGHT 165 | HEIGHT 508 | HAIR BAL | EYES BRO | DATE OF BIRTH 12/03/1954 | AGE 67 |
|---|---|---|---|---|---|---|

HOME PHONE     EMPLOYER                    EMPLOYER PHONE

| DL / ID NUMBER AAA0000430355 | TYPE D | STATE MT | EXPIRES ON 12/03/2029 | ☐ CDL |
|---|---|---|---|---|

**VEHICLE** LICENSE & STATE 157143J   MT    EXPIRES ON 5/31/2023

| YEAR 2003 | MAKE CHEVROLET (CHEV | MODEL TAHOE | STYLE SPORT UTIL | COLOR GRY |
|---|---|---|---|---|

VIN 1GNEK13ZX3R125921   ☐ CMV   ☐ HAZMAT   DOT NUMBER

**YOU ARE HEREBY GIVEN NOTICE TO APPEAR IN COURT**
COURT NAME
**LAKE COUNTY JUSTICE COURT**
LOCATED AT
**106 4TH AVENUE EAST, POLSON MT 59860**

| ON OR BEFORE 9/7/2022 | TIME 0900AM | COURT TELEPHONE 406-883-7260 |
|---|---|---|

TO ANSWER THIS CHARGE. FAILURE TO APPEAR IN COURT OR PAY ASSESSED FINES, COSTS OR RESTITUTION MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE OR PRIVILEGE TO DRIVE. PLEASE READ THE BOTTOM HALF OF THIS CITATION FOR EXACT INSTRUCTIONS.

**YOUR APPEARANCE IN COURT IS MANDATORY**

**LOCATION OF OCCURRENCE**

| COUNTY OF LAKE (15) | CITY OF (IF APPLICABLE) NOT IN CITY LIMITS (000) |
|---|---|

NAME / DESCRIPTION OF ROADWAY OR LOCATION
MM36 HWY93

47.69188705          -114.16147764

**VIOLATION** ☐ COMPANION
THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING
**MONTANA CODE** 61-8-1002(1)(a) FELONY V5108
ON THE 27 DAY OF AUGUST, 2022 AT 10:01 PM
IN THAT SAID DEFENDANT DID KNOWINGLY OR PURPOSELY OR NEGLIGENTLY COMMIT THE FOLLOWING VIOLATION:
**Driving Under The Influence Of Alcohol and or Drugs - 4th or Subsequent Offense**

**OFFICER IDENTIFICATION AND SIGNATURE**
I hereby swear that all information contained in this document is true and correct to the best of my knowledge.

DESCRIPTION OF VIOLATION
TRIBAL ASKED FOR ASSIST.ATTEMPTED TO DO SFST'S DRIVER WAS TO INTOXICATED TO PERFORM.SMELL OF STRONG INGESTED ALCOHOL.DRIVER NEEDED ASSISTANCE TO KEEP FROM FALLING. HAS 5 PRIORS.

ORG / UNIT
MHP247-63C
I.D. NUMBER
2255

| APPEARANCE BOND |
|---|
| AMOUNT $.00 |
| RECEIVED NONE |

DATE/TIME OF ISSUE
08/27/2022 22:01

| UNLAWFUL SPEED | APPLICABLE SPEED |
|---|---|

SPEED MEASUREMENT DEVICE

RANK **TROOPER**   NAME **ANDY IVANOFF**

☒ B/A TEST GIVEN   ☐ B/A TEST REFUSED

---

**BAC**

DOCKET NUMBER TK-22-983

**COURT MINUTES**
For failure of the defendant RONALD PHILLIP MELVIN to appear, the Bond posted in the amount of $ 0.00 is ordered forfeited.

On this _____ day of _____, _____, defendant appeared, was advised of their constitutional rights, was arraigned, and entered a plea of:

_____

_____

_____

**FINANCIAL RECORD**

Amount Collected on Fine $ _____

Collection & Disbursement Journal Page No. _____   Date: _____

_____
Judge, Justice of the Peace, or Magistrate

# MHP DUI REPORT

MONTANA HIGHWAY PATROL
112 FIRST AVENUE SW, RONAN, MT 59864

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/27/2022 9:52:08 PM | IRA0027770 (01) | MHP22CAD114201 | TROOPER / 2255 | ANDY IVANOFF |
| Originating Agency ORI. MTMHP0000 | Reported to Agency Date 8/27/2022 8:01:14 PM | Occur Date Range 08/27/2022 20:01:14 - | Jurisdiction MHP | Status: Clearance: |
| Offense Description AS18 ASSIST TRIBAL | | | | |

## LOCATION(S)

| County LAKE | Location Type INCIDENT LOCATION | Location Description | | | | | |
|---|---|---|---|---|---|---|---|
| Street Number / Street MM 36 Hwy 93 | | | Apt/Lot/Bldg | City NOT IN CITY LIMITS | State MT | Zip Code 59865 | Phone Number | Ext. |
| County LAKE | Location Type | Location Description MM36 HWY93 | | | | | |
| Street Number / Street | | | Apt/Lot/Bldg | City NOT IN CITY LIMITS | State | Zip Code | Phone Number | Ext. |

## Person: SUSPECT

| First Name RONALD | Middle Name PHILLIP | Last Name MELVIN | Suffix | Race | Sex MALE | Height 5'08" | Weight 165 | Hair | Eyes BROWN |
|---|---|---|---|---|---|---|---|---|---|
| MNI # | SSN | Date of Birth 12/03/1954 | Age 67 | ID Type D | Drivers License or other ID AAA0000430355 | State MT | OCA / Agency ID | | |
| Place of Birth: , , | | | | | | | | | |
| DUI | | | | | | | | | |

| Stop Date / Time 8/27/2022 8:01:14 PM | Traffic LIGHT | Weather CLOUDY | Lighting DAYLIGHT | Passengers 0 | Implied Consent Read YES 08/27/2022 8:40PM MM36 HWY93 |
|---|---|---|---|---|---|

| Horizontal Gaze Nystagmus | Left | Right | Clues | Notes unable to perform per ID-18 |
|---|---|---|---|---|
| Eye Do Not Pursue Smoothly | ☐ | ☐ | | |
| Distinct Nystagmus at Maximum Deviation | ☐ | ☐ | | |
| Nystagmus Onset Before 45 degrees | ☐ | ☐ | | |
| Eye Color BRO | | | | |

MHP DUI REPORT

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/27/2022 9:52:08 PM | IRA0027770 (01) | MHP22CAD114201 | TROOPER / 2285 | ANDY IVANOFF |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: |
|---|---|---|---|---|
| MTMHP0000 | 8/27/2022 8:01:14 PM | 08/27/2022 20:01:14 - | MHP | Clearance: |

**Offense Description**
AS18 ASSIST TRIBAL

---

**Walk and Turn**

☐ Unable to Balance  ☐ Begins too Soon  ☐ Improper Turn

Steps 1 - 9    10 - 18

| | | |
|---|---|---|
| Steps Walking | ☐ | ☐ |
| Misses Heel to Toe | ☐ | ☐ |
| Steps Off Line | ☐ | ☐ |
| Raises Arm(s) | ☐ | ☐ |
| Actual Number of Steps Taken | | |

**Clues**

**Notes**
Unable to perform Driver highly intoxicated could barely stand

---

**One Leg Stand**

Seconds  0 - 10  11 - 20  21 - 30

| | | | |
|---|---|---|---|
| Sways | ☐ | ☐ | ☐ |
| Raises Arms | ☐ | ☐ | ☐ |
| Hops | ☐ | ☐ | ☐ |
| Foot Down | ☐ | ☐ | ☐ |

**Clues**

**Notes**
Unable to perform Driver highly intoxicated could barely stand

---

**Other Observations**

☐ Romberg    ☐ Eye Lid Tremors    ☐ Swaying

☐ PBT  ☐ Positive  ☐ Negative    Results

☐ Internal Clock    / 30 Seconds

Breath Odor  ODOR OF INGESTED ALCOHOL

| Eye Condition | Behavior | General Appearance | Speech Patterns |
|---|---|---|---|
| BLOODSHOT WATERY | SLEEPY WITHDRAWN | CLOTHING APPEARS SLEPT IN DISHEVELED CLOTHING | CONFUSED MUMBLED PROFANITY SLOW SLURRED |

---

**Addresses**
* RESIDENCE / 308 20TH AVE W, MT 59860 /

**Arrest Information**

| County of Arrest | Location Description |
|---|---|
| LAKE | MM36 HWY93 |

**Arrest Delivered To (Jail / Booking Facility)**
LAKE COUNTY DETENTION CENTER    106 4TH AVENUE EAST    POLSON MT 59860    406-883-7272

| Arresting Officer | Rank | Badge / ID Number | Unit / Assignment |
|---|---|---|---|
| ANDY IVANOFF | TROOPER | 2285 | MHP247-63C |

**Probable Cause**

IN THE JUSTICE COURT OF LAKE COUNTY, STATE OF MONTANA BEFORE THE HONORABLE

---

MHP DUI REPORT

Page 2 of 8

| Report Date / Time 8/27/2022 9:52:08 PM | Report Number IRA0027770 (01) | Report Case/CAD Number / MHP22CAD114201 | Reporting Officer Rank / ID TROOPER / 2255 | Reporting Officer Name ANDY IVANOFF |
|---|---|---|---|---|
| Originating Agency ORI MTMHP0000 | Reported to Agency Data 8/27/2022 8:01:14 PM | Occur Date Range 08/27/2022 20:01:14 - | Jurisdiction MHP | Status: Clearance: |
| Offense Description AS18 ASSIST TRIBAL | | | | |

STATE OF MONTANA,     }
          Plaintiff   }     AFFIDAVIT OF PROBABLE
   -v-         }     CAUSE AND ORDER
           }
_____,   }      Case No. _____
     Defendant   }

STATE OF MONTANA   }
              ss
County of Lake      }

The undersigned, being duly sworn, states as follows:

That Affiant, Officer _____Andy Ivanoff_____, arrested

____Ronald Phillip Melvin_____, the above-named Defendant,

for the offense (s) of ___Driving Under the Influence 4th or Subsequent____, in

violation of _____61-8-1002(1)(a) FELONY_____MCA, at ___2001_____ hours, on the __27_ day of

__August_____, _2022_____, at Lake County, Montana, on a warrant

arrest;

That Affiant believes that there is probable cause to hold said Defendant for the

Above stated offense (s) based upon the following facts:

1.    IO-18 Observed sport utility vehicle traveling faster than the speed limit around mile marker 36. The driver also crossed the center line. Per IO-18 the driver took awhile to come to a stop after the traffic stop had been initiated.

2.    I arrived on seen and observed the driver sitting in the back of IO-20's Patrol Car. The driver had red watery blood shot eyes. I could smell a strong odor of ingested alcohol coming from him. Per IO-18 the driver could not follow the stimuli during HGN. He was also unable to perform SFST due to the lack of balance.

| Report Date / Time 8/27/2022 9:62:08 PM | Report Number IRA0027770 (01) | Report Case/CAD Number / MHP22CAD114201 | Reporting Officer Rank / ID TROOPER / 2255 | Reporting Officer Name ANDY IVANOFF |
|---|---|---|---|---|
| Originating Agency ORI MTMHP0000 | Reported to Agency Date 8/27/2022 8:01:14 PM | Occur Date Range 08/27/2022 20:01:14 - | Jurisdiction MHP | Status: Clearance: |
| Offense Description AS18 ASSIST TRIBAL | | | | |

3.    The driver stated he had 2 beers at his girlfriend. He also stated he was drinking a beer in the car as well. Once the driver stepped out of the patrol car he needed a lot of assistance to keep from falling over.

4.    Ran driver through CJIN. Return provided me with information of 2 warrants for failure  to appear for Driving under the influence out of Lake County.

5.    Asked for a driving history and criminal history check on Mr. Melvin. Received information showing 5 prior dates for DUI'S, 9/22/1996, 5/14/2007, 4/4/2012, 7/28/2021, 5/4/2022.

DATED this ____27____ day of _____August___, _2022_____, at _2306 Hours

_____
Affiant

SUBSCRIBED AND SWORN TO before me a Notary Public for the State of Montana

this _____ day of _____, _____.

_____          _____
JUDGE                                     Notary Public for the State of Montana
                                          Residing at _____, Montana
                                          My Commission expires: _____

This Affidavit was reviewed by Judge _____ on the _____ day of _____, _____, at the hour of_____ o'clock ___ M. (by telephone).

1.    _____ Probable cause found – Defendant held.

2.    _____ Probable cause not found – Defendant to be released.

MHP DUI REPORT

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/27/2022 9:52:08 PM | IRA0027770 (01) | / MHP22CAD114201 | TROOPER / 2255 | ANDY IVANOFF |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: |
|---|---|---|---|---|
| MTMHP0000 | 8/27/2022 8:01:14 PM | 08/27/2022 20:01:14 | MHP | Clearance: |

| Offense Description |
|---|
| AS18 ASSIST TRIBAL |

Initialed by: _____

Title

## Charge: MONTANA CODE

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 61-8-1002(1)(a) FELONY | |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| | TRAFFIC VIOLATION; COURT REQUIRED | |

| Charge Description |
|---|
| Driving Under The Influence Of Alcohol and or Drugs - 4th or Subsequent Offense |

| UCR Code / UCR Description |
|---|

## Vehicle

| Year | Make | Model | Style | Color | State | License Plate # | Tag Expiration | VIN |
|---|---|---|---|---|---|---|---|---|
| 2003 | CHEVROLET (CHEV | TAHOE | UTILITY | GRA | MT | 157143J | 05/31/2023 | 1GNEK13ZX3R125921 |

| Vehicle Owner Type | Vehicle Value ($) | DOT Number | | Placard Hazardous Material # | Placard Hazard Class # |
|---|---|---|---|---|---|
| OTHER | | ☐ CMV ☐ HAZMAT | | | |

| Vehicle Owner: | Vehicle Released to Person | Vehicle Released by Officer |
|---|---|---|

## Narrative: REPORT NARRATIVE

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/28/2022 12:00:34 AM | DUI REPORT |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| ANDY IVANOFF | TROOPER | 2255 | MHP247-63C |

| Officer Signature | Officer Agency |
|---|---|
| | MONTANA HIGHWAY PATROL |

Source of Contact

On, August 27th, 2022, at approximately 1945 hours, I Trooper Andy Ivanoff was on patrol in Lake County, working in the Ronan area. I was in a marked Montana Highway Patrol car working the night rotation and in full uniform.

At around 2000 hours I was called by Tribal Police officers IO-18 and IO-20. IO-18 asked me to assist with a possible DUI traffic stop.

MHP DUI REPORT

Page 5 of 8

| Report Date / Time 8/27/2022 9:52:08 PM | Report Number IRA0027770 (01) | Report Case/CAD Number / MHP22CAD114201 | Reporting Officer Rank / ID TROOPER / 2255 | Reporting Officer Name ANDY IVANOFF |
|---|---|---|---|---|
| Originating Agency ORI MTMHP0000 | Reported to Agency Date 8/27/2022 8:01:14 PM | Occur Date Range 08/27/2022 20:01:14 - | Jurisdiction MHP | Status: Clearance: |
| Offense Description AS18 ASSIST TRIBAL | | | | |

On my way to the scene dispatch informed me that the driver had 2 felony warrants out of Lake County for Failure to appear to court on Felony DUI charges.

On Scene

I arrived on scene at approximately 2020 hours. We were near mile marker 36 on Highway 93.

Prior to me arriving on scene IO-18 conducted Standardized Field Sobriety Tests (SFST). He also checked the driver's mouth and began a deprivation time. (see IO-18 report).

I got out of my patrol car and talked with the tribal officers. IO-18 told me he stopped the vehicle for speeding and crossing the centerline. He stated the indicators of impairment that he observed. He also observed an open container of beer in the vehicle. IO-18 informed me that the driver could not complete Standardized Field Sobriety Tests. The driver was too intoxicated to stand up, almost falling over at times.

The driver's name was Ronald Phillip Melvin. I identified him with his driver's license. I told him my name and that I would take over the investigation.

I observed Mr. Melvin sitting in the back of IO-20's Patrol Truck. As soon as the back door opened, I could smell a strong smell of an odor of ingested alcohol coming from him. He had bloodshot watery eyes. His speech was slurred.

I asked Mr. Melvin where he was going and where he was coming from. He stated he was headed home to Polson from his girlfriend's house. I asked him if he had anything to drink, he stated yes, a beer that was in the car he was driving. I asked Mr. Melvin where he was drinking beers, and how many he had. He stated he had two beers at his girlfriend's house.

I read Mr. Melvin the Montana Department of Justice Preliminary Alcohol Screening Test Advisory that requested a breath sample from Mr. Melvin. He consented before I finished reading the form. Once I finished the form, he retracted his consent. Later stating he wasn't drinking.

I had Mr. Melvin step out of the patrol truck. He began to exit the vehicle. Mr. Melvin needed a considerable amount of help getting out of the truck. He also needed help walking over to the front of my patrol car.

Based off IO-18 observations as well as my own, and the two Lake County Felony warrants, I placed Mr. Melvin under arrest for DUI. Once again Mr. Melvin needed considerable amount of help to get in

12/14/2022 13:29   From:4068831497   Cotter Law Office, P Webf Page:18/22

| Report Date / Time 8/27/2022 9:52:08 PM | Report Number IRA0027770 (01) | Report Case/CAD Number / MHP22CAD114201 | Reporting Officer Rank / ID TROOPER / 2255 | Reporting Officer Name ANDY IVANOFF |
|---|---|---|---|---|
| Originating Agency ORI MTMHP0000 | Reported to Agency Date 8/27/2022 8:01:14 PM | Occur Date Range 08/27/2022 20:01:14 - | Jurisdiction MHP | Status: Clearance: |
| Offense Description AS18 ASSIST TRIBAL | | | | |

and out of my patrol car.

I read him his Miranda Rights and asked if he understood them. He stated yes.

At 2040 hours I read the Montana Department of Justice Implied consent form. Mr. Melvin consented.

I headed to the hospital for a consent blood draw. I asked dispatch to run driver background check as well as a criminal background check. He had 5 prior DUI's. The dates are; 9/22/1996, 5/14/2007, 4/4/2012, 7/28/2021 and 5/4/2022.

At 2115 hours I received two vials of Mr. Melvins blood from St. Luke's Hospital in Ronan.

After the blood draw I headed to the Lake County Jail.

On the way to the Jail, I asked Mr. Melvin if he new about his warrants. He stated, "yes and no" and that he "didn't really care about the DUI's or the felony warrants". I also asked him why he didn't show up to court he stated that he couldn't afford an attorney.

Mr. Melvin was cited with DUI fourth or subsequent. He was booked in Lake County Jail. After he was booked, I served both warrants.

I did not suspend Mr. Melvin's License since he gave consent for blood.

## RELATED REPORT(S)

| Report Name | | Report Number / Description | |
|---|---|---|---|
| Notice To Appear And Complaint | | 510 B137039 E | |
| Sub # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
| 01 | ANDY IVANOFF TROOPER        2255 | REPORTING OFFICER | MONTANA HIGHWAY PATROL MHP\HQ\FFD\IDI: 1923 |

MHP DUI REPORT

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/27/2022 9:52:08 PM | IRA0027770 (01) | / MHP22CAD114201 | TROOPER / 2255 | ANDY IVANOFF |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: |
| MTMHP0000 | 8/27/2022 8:01:14 PM | 08/27/2022 20:01:14 - | MHP | Clearance: |
| Offense Description | | | | |
| A818 ASSIST TRIBAL | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:
Officer: Reporting Officer (Supplement01)

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| ANDY IVANOFF | TROOPER | 2255 | This the _____ day of _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| MONTANA HIGHWAY PATROL | | | OFFICER |

Officer Signature

MHP DUI REPORT